Case 17-17471-PGH    Doc 126    Filed 02/01/18    Page 1 of 2



**ORDERED in the Southern District of Florida on January 31, 2018.**

John K. Olson, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

                                        Case No.: **17-17471-JKO**

**Graciela Del Val and
Enrique Luis Riu Hernandez,**

                                        Chapter  **13**

               Debtor.
_____/

## ORDER SANCTIONING ATTORNEY JASON WANDNER

**THIS CASE** came before the Court for a hearing on November 28, 2017, upon, *inter alia*, Debtors' Amended Motion for Sanctions [ECF 64]. At the hearing, the Court heard argument of Debtors' counsel Mercedes Saladrigas, *pro hac vice* attorney Gary Goldstein representing Creditor Abrinar Guerra, and Abrinar Guerra's state court attorney Jason Wandner.

The lack of professionalism displayed by Attorney Wandner thoroughly dismayed the Court. His courtroom behavior, violations of the automatic stay,[1] and alleged out-of-court

---

[1] After Debtor's attorney filed a suggestion of bankruptcy, Mr. Wandner caused a hearing to be set and a hearing notice to be sent out in a state court case involving the Debtors and Creditor Abrinar Guerra.

conduct towards another member of the bar showed a significant disregard for the Court's standards of professionalism and decorum. Accordingly, the Court finds sanctions appropriate here pursuant to 11 U.S.C. § 105(a), and it is hereby **ORDERED** that:

1) The Amended Motion for Sanctions [ECF 64] is **GRANTED**.

2) Attorney Jason Wandner is **DIRECTED** to pay $2,500.00 to Debtor's attorney Mercy Saladrigas within 14 days of the date of this order.

3) Attorney Jason Wandner is **DIRECTED** to take 10 hours of Continuing Legal Education pertaining to practicing with professionalism and/or ethics. Mr. Wandner is **DIRECTED** to email proof of completion and a brief synopsis of each Continuing Legal Education course taken to jko_chambers@flsb.uscourts.gov within 60 days of the date of this order.

4) If Mr. Wandner fails to comply with this order, this motion will be reset for hearing and further sanctions may be imposed.

SO ORDERED.

# # #

Copies to:     All Parties in Interest