**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In Re:

DEL VAL, GRACIELA and                                    Case No: 17-17471-JKO
RIU-HERNANDEZ, ENRIQUE LUIS                               Chapter 13

_____ Debtors/


**DEBTORS' MOTION FOR COURT APPROVAL TO SELL AND PURCHASE A**
**VEHICLE POST FACTO**


      **COME NOW**, the Debtors, ENRIQUE LUIS RIU-HERNANDEZ AND GRACIELA
DEL VAL, by and through undersigned counsel, and file this Motion for Court Approval to Sell
and Purchase a Vehicle Post Facto, and in support thereof state:

1. The Debtors filed a voluntary for Chapter 13 Bankruptcy petition on June 15, 2017.

2. On or about May 14, 2019, the debtors' Third Modified Plan was confirmed.

3. Debtors have advised they wish to sell their 2016 Toyota Prius and thereafter purchase a
   new vehicle.

4. Debtors are paying 100% of their valid and timely filed claims and they assert that the
   sell/purchase of a vehicle will not affect their Chapter 13 Plan payment.

5. In order to effectuate the sale and purchase, Debtors require an Order from this
   Honorable Court authorizing the transaction.

      **WHEREFORE**, the Debtors, ENRIQUE LUIS RIU-HERNANDEZ AND GRACIELA
DEL VAL, respectfully request that this Honorable Court enter an Order Granting Debtors'
Motion for Court Approval to Sell and Purchase a Vehicle Post Facto, and for any other relief
which may be just and proper.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

**I HEREBY CERTIFY** that a true copy of this Motion was served on all parties on the attached service list via CM/ECF and/or U.S. First Class Mail on this 7th day of February, 2020.

Respectfully submitted,

MERCY SALADRIGAS, ESQ.
*Attorney for the Debtors*
2655 South Le Jeune Road, PH 2A
Coral Gables, FL 33134
Telephone: (305) 500-5559
Facsimile: (305) 459-3995

By: /s/Mercy Saladrigas
Mercy Saladrigas, Esq.
Florida Bar No.: 861790