UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                                                                Case No: 17-17471-PDR
                                                                                                      Chapter 13
RIU HERNANDEZ.ENRIQUE LUIS
SSN: XXX-XX-5775
DEL VAL, GRACIELA
SSN: XXX-XX-6085

_____     Debtors/

**DEBTORS' CERTIFICATE OF COMPLIANCE,
MOTION FOR ISSUANCE OF DISCHARGE AND
NOTICE OF DEADLINE TO OBJECT**

**NOTICE OF TIME TO OBJECT**

**Any interested party who fails to file and serve a written response to this motion within 21 days after the date of service of this motion shall, pursuant to Local Rules 4004-3(A)(3) and 9013-1(D), be deemed to have consented to the entry of an order of discharge.**

The debtor(s)*, <u>Enrique Luis Riu Hernandez & Graciela Del Val</u>, in the above captioned matter certifies as follows:

1. The chapter 13 trustee has issued a Notice of Completion of Plan Payments on <u>December 9, 2022</u>. The debtor is requesting the court issue a discharge in this case.

2. The debtor has completed an instructional course concerning personal financial management described in 11 U.S.C. §111 and proof of completion of the course was filed with the court on <u>December 20, 2022 and December 23, 2022</u>.

3. Compliance with 11 U.S.C. §101(14A):

    <u>  X  </u>  A. The debtor has not been required by a judicial or administrative order, or by statute to pay any domestic support obligation as defined in 11 U.S.C. §101(14A) either before this bankruptcy was filed or at any time after the filing of this bankruptcy,

    **or**

*All further references to "debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals, unless any information is noted as specifically applying to only one debtor.

LF-97A (rev. 4/01/16)                                    Page 1 of 3

     \_\_\_\_\_ B. The debtor certifies that as of the date of this certification, the debtor has paid all amounts due under any and all domestic support obligations as defined in 11 U.S.C. §101(14A), required by a judicial or administrative order or by statute, including amounts due before, during and after this case was filed. The name and address of each holder of a domestic support obligation is as follows:

N/A

4.     The debtor's mailing address for receipt of court notices is as follows:     [Note: Providing an updated debtor address here constitutes a change of address pursuant to Local Rule 2002-1(G). No separate Notice of Change of Address is required to be filed.]

12520 SW 15 Manor<br>Fort Lauderdale, FL 33325

5.     The name and address of the debtor's most recent employer is as follows:

Self-employed

6.     The following creditors hold a claim that is not discharged under 11 U.S.C. §523(a)(2) or (a)(4) or a claim that was reaffirmed under 11 U.S.C. §524(c):

7.     Compliance with 11 U.S.C. §1328(h):

       **X**   A.     The debtor has <u>not</u> claimed an exemption under §522(b)(3) in an amount in excess of $160,375* in property of the kind described in §522(q)(1) [generally the debtor's homestead];

- or -

*Amounts are subject to adjustment on 4/01/19, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

    B.  The debtor <u>has</u> claimed an exemption under §522(b)(3) in an amount in excess of $160,375* in property of the kind described in §522(q)(1) but there is no pending proceeding in which the debtor may be found guilty of a felony of a kind described in §522(q)(1)(A) or found liable for a debt of the kind described in §522(q)(1)(B).

8. The debtor has not received a discharge in a case filed under chapter 7, 11, or 12 during the 4 year period preceding the filing of the instant case or in a case filed under chapter 13 during the 2 year period preceding the filing of the instant case.

I declare under penalty of perjury that the information provided in this Certificate is true and correct.

            /s/ Enrique Luis Riu-Hernandez
            Debtor

            /s/ Graciela Del Val
            Joint Debtor

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed to: Robin R. Weiner, Trustee P.O. Box 559007, Fort Lauderdale, FL 33355; Office of the U.S. Trustee, 51 SW 1st Ave., Room 1204, Miami, FL 33130; and to all parties on the creditor matrix on this 26th day of December, 2022.

            Respectfully submitted,

            MERCY SALADRIGAS, ESQ.
            *Attorney for Debtor(s)*
            2655 S. Le Jeune Road, Suite 532
            Coral Gables, FL 33134
            Telephone: (305) 500-5559
            Facsimile: (305) 459-3995

            By: */s/Mercy Saladrigas*
            Mercy Saladrigas, Esq.
            Florida Bar No. 861790

*Amounts are subject to adjustment on 4/01/19, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.