**CGFD28** (10/01/16)



ORDERED in the Southern District of Florida on April 28, 2023



**Peter D. Russin**
United States Bankruptcy Judge

# United States Bankruptcy Court
### Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 17–17471–PDR**
**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Graciela Del Val
aka Graciela Lujan Del Val
12520 SW 15th Manor
Fort Lauderdale, FL 33325

SSN: xxx–xx–6085

Enrique Luis Riu Hernandez
12520 SW 15 Manor
Fort Lauderdale, FL 33325

SSN: xxx–xx–5775

## FINAL DECREE

The trustee, Robin R Weiner, having filed a final report that the estate has been fully administered, is discharged and the case is closed.